# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BROOKS, SIDNEY B. | U.S. BANKRUPTCY COURT | 07/10/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. BANKRUPTCY JUDGE ACTIVE | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 <br> to <br> 12/31/2012 |

**7. Chambers or Office Address**

U.S. BANKRUPTCY COURT
721 19TH STREET, ROOM 560
DENVER CO 80202-2508

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | CO-TRUSTEE | FAMILY TRUST #3 |
| 2. | TRUSTEE | FAMILY TRUST #1 |
| 3. | ADVISOR | WORLD BANK INSOLVENCY INSTITUTE |
| 4. | ADVISOR | U.S. RUSSIA FOUNDATION |
| 5. | TRUSTEE | NANDA CENTER FOR INTERNATIONAL AND COMPARATIVE LAW |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROOKS, SIDNEY B. | 07/10/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. VARIOUS | Management fees asTrustee for Family Trust #1 | $5,000.00 |
| 2. VARIOUS | Distribution from Rollover IRA Account | $8,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | SELF EMPLOYED ATTORNEY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | U.S. RUSSIA FOUNDATION | JANUARY 21-28, 2012 | MOSCOW, RUSSIA | JUBILEE CELEBRATION | TRANSPORTATION, LODGING AND MEALS |
| 2. | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES | OCTOBER 23-26, 2012 | SAN DIEGO, CA | BANKRUPTCY JUDGES CONFERENCE | TRANSPORTION AND LODGING |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| | | |
|---|---|---|
| Name of Person Reporting | | Date of Report |
| BROOKS, SIDNEY B. | | 07/10/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROOKS, SIDNEY B. | 07/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ENT CU Checking account | A | Interest | J | T | | | | | |
| 2. JP Morgan Chase Bank accounts | A | Interest | J | T | | | | | |
| 3. 5.44% Colfax LLC, Real Property Denver, CO | B | Rent | K | W | | | | | |
| 4. Rental property #1 Silverthorne, CO 33.33% | B | Rent | L | W | | | | | |
| 5. 8.3% Interest real property, Frisco, CO | | None | K | W | | | | | |
| 6. .521% Interest Broadway LLC,Real PropDenver, CO | A | Rent | J | W | | | | | |
| 7. 5.99% Interest Melbro, Real Property Denver, CO | | None | J | W | | | | | |
| 8. Rental property #2, Denver, CO | D | Rent | N | W | | | | | |
| 9. Fam Trust #1: Trustee: Fid: ICAFX | | None | M | T | Buy (add'l) | 12/24/12 | J | | |
| 10. Fam Trust #1: Trustee: Fid: AIVSX | | None | M | T | Buy (add'l) | 12/24/12 | J | | |
| 11. Family Trust #1: Trustee: Key Bank Account | | None | M | T | | | | | |
| 12. Fam Trust #1: Trustee: Fid: WMFFX | | None | M | T | Buy (add'l) | 12/24/12 | J | | |
| 13. Family Trust #1: Trustee: Fid: TESIX | | None | M | T | Buy (add'l) | 12/24/12 | J | | |
| 14. Family Trust #1: Trustee: Fid: AMBFX | | None | O | T | Buy (add'l) | 12/12/12 | J | | |
| 15. Family Trust #1: Trustee: Fid: BRKA | | None | O | T | | | | | |
| 16. Family Trust #1: Trustee: 50% Int real property, Frisco, CO | | None | M | W | | | | | |
| 17. Family Trust #1: Trustee: 3.125% Int Broad LLC, Denver, CO | | None | K | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROOKS, SIDNEY B. | 07/10/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fam Trust #3: Trustee: Fid: American Wash Mutual Investors A | | None | M | T | Buy (add'l) | 12/24/12 | J | | |
| 19. Family Trust #3: Trustee: 8.33% Int real property, Frisco,CO | | None | K | W | | | | | |
| 20. Family Trust #3: Trustee: .521% Int Broadway LLC, Denver, CO | | None | J | W | | | | | |
| 21. Family Trust #1:Trustee: Fid :Fin Corp CPN FICO Strips 3/12 | | None | | | Sold | 03/07/12 | J | | |
| 22. Family Trust#1:Trustee:Fid: Fed Nat Mtg Assn Debs coup 5/16 | | None | M | T | | | | | |
| 23. Family Trust #1:Trustee:Fid: Fed Home Loan Mtg Corp 3/18 | | None | K | T | | | | | |
| 24. Family Trust #1: Trustee:Fid: Fin Corp CPN FICO Strip 6/18 | | None | J | T | | | | | |
| 25. Family Trust #1:Trustee:Fid: Fin Corp CPN FICO Strips 12/18 | | None | J | T | | | | | |
| 26. Family Trust #1:Trustee: Fid: Fed Jud Off Bldg TR Zero 2/19 | | None | K | T | | | | | |
| 27. Family Trust #1:Trustee:Fid: Fed Home Ln Mtg Corp CPN 3/19 | | None | J | T | | | | | |
| 28. Family Trust #1:Trustee: Fid: Natl Mtg Deb Gen Int Pmt7/19 | | None | J | T | | | | | |
| 29. Family Trst#1:Trustee:Fid: Res. Fdg Corp Fed Bk Ent CPN 7/19 | | None | J | T | | | | | |
| 30. Family Trst #1:Trustee:Fid: Res FDG Corp Ser B Int Pmt 10/20 | | None | J | T | | | | | |
| 31. Family Trust #1:Trustee:Fid: Tenn Vy Fed Bk Entry Gen 11/20 | | None | L | T | | | | | |
| 32. Family Trst #1:Trustee: Fid: Stnt Ln Mktg Asn Zero CPN 10/22 | | None | K | T | | | | | |
| 33. Family Trust #3:Trustee:Fid: Fin Corp CPN FICO Strips 6/12 | | None | | | Sold | 06/06/12 | M | | |
| 34. Family Trust #1:Trustee: Fid: Modesto CA HSD 8/12 | | None | | | Sold | 08/01/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROOKS, SIDNEY B. | 07/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Family Trust #1:Trustee: Fid: San Leandro CA USD G/O 8/12 | | None | | | Sold | 08/01/12 | M | | |
| 36. Family Trst #1:Trustee:Fid: Sunrise FLA Util Sysr RFD6 10/12 | | None | | | Sold | 10/11/12 | K | | |
| 37. Family Trust #1:Trustee: Fid: Las Virgenes CA USD 11/12 | | None | | | Sold | 11/01/12 | J | | |
| 38. Fidelity IRA Acct: BRKB | A | Dividend | K | T | | | | | |
| 39. Fidelity IRA Acct: Fid: FDRXX | A | Dividend | J | T | | | | | |
| 40. Family Trust #1: Trustee: Fidelity: Municipal Money Mrkt | | None | | | Closed | 12/31/12 | O | | |
| 41. Spouse: Wells Fargo Bank Acct | A | Interest | M | T | | | | | |
| 42. Family Trust #3: Trustee: Wells Fargo: FCISX | | None | K | T | | | | | |
| 43. Family Trust #3: Trustee: Wells Fargo Cash Fund | | None | J | T | | | | | |
| 44. Family Trust #3; Trustee Fid:FTEXX | | None | | | Sold | 6/17/12 | K | | |
| 45. Family Trust #3: Trustee: Fid: Fid: FAIRX | | None | L | T | | | | | |
| 46. Family Trust #3: Trustee Fid:SGENX | | None | L | T | Buy (add'l) | 12/14/12 | J | | |
| 47. Family Trust #1 Trustee: Fid: CEE | | None | L | T | Buy (add'l) | 1/31/12 | J | | |
| 48. Family Trust #1 Trustee Fid:PEO | | None | M | T | Buy (add'l) | 12/27/12 | J | | |
| 49. Family Trust #3: Trustee Fid: DODFX | | None | K | T | Buy (add'l) | 12/19/12 | J | | |
| 50. Family Trust #1: Trustee Fid:Florida PW & LT 2/13 | | None | K | T | | | | | |
| 51. Family Trust 1: Trustee Fid:Seariver Maritime 9/12 | | None | | | Sold | 09/04/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROOKS, SIDNEY B. | 07/10/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Family Trust 1: Trustee Fid:CAIFX | | None | M | T | Buy (add'l) | 12/21/12 | J | | |
| 53. Family Trust 1: Trustee Fid: SWZ | | None | L | T | Buy (add'l) | 01/30/12 | J | | |
| 54. Family Trust1: Trustee Fid: RPIBX | | None | M | T | Buy (add'l) | 12/31/12 | J | | |
| 55. Family Trust 1: Trustee Fid: FRUAX | | None | L | T | Buy (add'l) | 12/05/12 | J | | |
| 56. Family Trust #1 Trustee Fid: FAIRX | | None | L | T | | | | | |
| 57. Family Trust #1: Trustee Fid: W/M Wrigley Jr Co Notes 7/15 | | None | L | T | | | | | |
| 58. Family Trust #1: Trustee Fid: Bank of the West Acount | | None | N | T | | | | | |
| 59. Family Trust #1 Trustee 14.06% Interest Bannock St LLC Den | | None | M | W | | | | | |
| 60. Fidelity IRA: PEO | A | Dividend | J | T | Sold (part) | 03/30/12 | J | A | |
| 61. Spouse IRA: Morgan Stanley Money Market | | None | | | Sold | 11/13/12 | J | A | |
| 62. Spouse IRA: Morgan Stanley EXPGY | | None | | | Sold | 01/13/12 | J | A | |
| 63. Spouse IRA: Morgan Stanley GVDNY | | None | | | Sold | 01/13/12 | J | A | |
| 64. Spouse IRA: Morgan Stanley JUPIY | | None | | | Sold | 01/13/12 | J | A | |
| 65. Spouse IRA: Morgan Stanley AHONY | | None | | | Sold | 01/13/12 | J | A | |
| 66. Spouse IRA: Morgan Stanley NSRGY | | None | | | Sold | 01/13/12 | J | A | |
| 67. Spouse IRA: Morgan Stanley NVO | | None | | | Sold | 01/13/12 | J | A | |
| 68. Spouse IRA: Morgan Stanley RIO | | None | | | Sold | 01/13/12 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROOKS, SIDNEY B. | 07/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Spouse IRA: Morgan Stanley RHHBY | | None | | | Sold | 01/13/12 | J | A | |
| 70. Spouse IRA: Morgan Stanley SBGSY | | None | | | Sold | 01/13/12 | J | A | |
| 71. Spouse IRA: Morgan Stanley SQM | | None | | | Sold | 01/13/12 | J | A | |
| 72. Spouse IRA: Morgan Stanley UN | | None | | | Sold | 01/13/12 | J | A | |
| 73. Spouse IRA: Morgan Stanley VWO | | None | | | Sold | 01/13/12 | K | A | |
| 74. Spouse IRA: Morgan Stanley VOD | | None | | | Sold | 01/13/12 | J | A | |
| 75. Spouse IRA: Morgan Stanley ALMAX | | None | | | Sold | 01/13/12 | K | D | |
| 76. Spouse IRA: Morgan Stanley BPRAX | | None | | | Sold | 01/13/12 | K | B | |
| 77. Spouse IRA: Morgan Stanley IGNAX | | None | | | Sold | 01/13/12 | K | A | |
| 78. Spouse IRA: Morgan Stanley HSKAX | | None | | | Sold | 01/13/12 | K | A | |
| 79. Spouse IRA: Morgan Stanley JLCAX | | None | | | Sold | 01/13/12 | L | D | |
| 80. Spouse IRA: Morgan Stanley LIGRX | | None | | | Sold | 01/13/12 | M | C | |
| 81. Spouse IRA: Morgan Stanley FMS | | None | | | Sold | 01/13/12 | J | A | |
| 82. Spouse IRA: Morgan Stanley LNEGY | | None | | | Sold | 01/13/12 | J | A | |
| 83. Spouse IRS: Morgan Stanley NVS | | None | | | Sold | 01/13/12 | J | A | |
| 84. Spouse IRA: Morgan Stanley RUK | | None | | | Sold | 01/13/12 | J | A | |
| 85. Spouse IRA: Morgan Stanley SGSOY | | None | | | Sold | 01/13/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Spouse IRA: Morgan Stanley SDXAY | | None | | | Sold | 01/13/12 | J | A | |
| 87. Spouse IRA: Morgan Stanley TSCDY | | None | | | Sold | 01/13/12 | J | A | |
| 88. Spouse IRA: Morgan Stanley WSH | | None | | | Sold | 01/13/12 | J | A | |
| 89. Spouse Personal Acct: Morgan Stanley AWPAX | | None | | | Sold | 01/13/12 | J | A | |
| 90. Spouse Personal Acct: Morgan Stanley SLVAX | | None | | | Sold | 01/13/12 | J | A | |
| 91. Spouse Personal Acct: Morgan Stanley DEVLX | | None | | | Sold | 01/13/12 | J | A | |
| 92. Spouse Personal Acct: Morgan Stanley WLGAX | | None | | | Sold | 01/13/12 | J | A | |
| 93. Spouse Personal Acct: Morgan Stanley JAMCX | | None | | | Sold | 01/13/12 | J | A | |
| 94. Spouse Personal Acct: Morgan Stanley NMBAX | | None | | | Sold | 01/13/12 | J | A | |
| 95. Spouse Personal Acct: Morgan Stanley FLTDX | | None | | | Sold | 01/13/12 | J | A | |
| 96. Spouse Employer Retirement Vanguard Target 2015 | A | Dividend | K | T | | | | | |
| 97. Family Trust #3 Fid US Treas Money Mkt Fund | | None | M | T | Buy | 06/7/12 | M | | |
| 98. Family Trust #3 Fid US Treas Money Mkt Fund | | None | | | Sold (part) | 12/21/12 | K | | |
| 99. Spouse Employer Ret Vanguard Target 2025 | A | Dividend | K | T | Buy | 9/15/12 | K | | |
| 100. Spouse IRA: Fid: FINFX | A | Dividend | K | T | Buy | 1/30/12 | K | | |
| 101. Spouse IRA: Fid: SGENX | B | Dividend | K | T | Buy | 1/30/12 | K | | |
| 102. Spouse IRA: Fid: FPACX | A | Dividend | K | T | Buy | 01/30/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROOKS, SIDNEY B. | 07/10/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Spouse IRA: Fid: AIG | A | Dividend | J | T | Buy | 02/01/12 | J | | |
| 104. Spouse IRA: Fid: BRKB | A | Dividend | J | T | Buy | 02/01/12 | J | | |
| 105. Spouse IRA: Fid: GE | A | Dividend | J | T | Buy | 02/01/12 | J | | |
| 106. Spouse IRA: Fid: PWE | A | Dividend | J | T | Buy | 02/01/12 | J | | |
| 107. Spouse IRA: Fid: PFE | A | Dividend | J | T | Buy | 02/01/12 | J | | |
| 108. Spouse IRA: Fid: RSG | A | Dividend | J | T | Buy | 02/01/12 | J | | |
| 109. Spouse IRA: Fid: JOE | A | Dividend | J | T | Buy | 02/01/12 | J | | |
| 110. Spouse IRA: Fid: AMEFX | B | Dividend | K | T | Buy | 02/16/12 | K | | |
| 111. Spouse IRA: Fid: FAIRX | A | Dividend | K | T | Buy | 02/16/12 | K | | |
| 112. Spouse IRA: Fid: WFC | A | Dividend | J | T | Buy | 02/16/12 | J | | |
| 113. Spouse IRA: Fid: KYNPRD | A | Dividend | J | T | Buy | 12/10/12 | J | | |
| 114. Spouse IRA: Fid: FDLXX | A | Dividend | M | T | Buy | 01/30/12 | M | | |
| 115. Spouse Personal Acct: Fid: FTEXX | A | Dividend | K | T | Buy | 1/26/12 | K | | |
| 116. Family Trust #1: Trustee: Fid: FDLXX | | None | P1 | T | Buy | 12/31/12 | P1 | | |
| 117. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. POSITIONS (continued)

6. TRUSTEE . . . . . . UNIVERSITY OF DENVER, STURM COLLEGE OF LAW ALUMNI COUNCIL
7. TRUSTEE . . . . . . ROTARY CLUB OF DENVER FOUNDATION

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **SIDNEY B. BROOKS**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544